IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-01221-PAB-CBS

WATER PIK, INC.,
a Delaware corporation,

      Plaintiff,

v.

MED-SYSTEMS, INC.,
a Washington corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Stipulated Protective Order (doc. no. 19) (docketed by counsel as a "Stipulated Motion for Protective Order") is STRICKEN for failure to comply with ECF Procedure V.L. and with leave to refile using the following steps:

1)     Need to file a Motion for Protective Order;
2)     Need to docket the stipulated protective order as an *attachment* to the motion; and
3)     Need to email a copy of the stipulated protective order to Shaffer_Chambers@cod.uscourts.gov.

      Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**     August 26, 2010