IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01221-PAB-CBS

WATER PIK, INC., a Delaware corporation,

    Plaintiff,

v.

MED-SYSTEMS, INC., a Washington corporation,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on defendant's motion to dismiss its sixth and seventh counterclaims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) [Docket No. 55]. Defendant advises the Court that the motion is unopposed. Plaintiff previously filed a motion to dismiss these counterclaims pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 32]. Accordingly, it is

    **ORDERED** that defendant's Unopposed Motion to Dismiss Med-Systems, Inc.'s Sixth and Seventh Counterclaims with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A) [Docket No. 55] is **GRANTED**. It is further

    **ORDERED** that defendant's sixth and seventh counterclaims are **DISMISSED with prejudice**. It is further

    **ORDERED** that plaintiff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 32] is **DENIED** as moot.

DATED April 26, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge