IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01221-PAB-CBS

WATER PIK, INC.,
a Delaware corporation,

      Plaintiff / Counterclaim Defendant,

v.

MED-SYSTEMS, INC.,
a Washington corporation,

      Defendant / Counterclaim Plaintiff.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      THIS MATTER IS before the court on Plaintiff Water-Pik's Withdrawal of Unopposed Motion for Leave to File Under Seal Water Pik, Inc.'s Motion for Summary Judgment as to All of Med-Systems' Counterclaims (*doc # 73*), filed April 21, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED. Plaintiff's Unopposed Motion for Leave to File Under Seal Water-Pik, Inc.'s Motion for Summary Judgment as to All of Med-Systems' Counterclaims and Exhibit Nos. 1-8 and 12-14 Thereto (*doc # 56*), filed March 31, 2011, is hereby treated as withdrawn. By separate order of this court dated today's date, the exhibits (*doc # 57*) originally filed on March 31, 2011 with Plaintiff's Unopposed Motion are to remain sealed until further order of the court.

**DATED:**    May 6, 2011