## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  10-cv-01221-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  August 16, 2011** | **Courtroom Deputy:**  Linda Kahoe |

WATER PIK, INC.,                                                      Scott Pringle Sinor

      Plaintiff/Counter-Defendant,

      v.

MED-SYSTEMS, INC.,                                                 Heather A. Cameron
                                                                                Lisel Maria Ferguson (via phone)

      Defendant/Counter-Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        1:27 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Water Pik's Motion to Strike the Expert Report and Exclude the Testimony of Med-Systems' Damages Expert, Michael R. Bandemer, For Failure to Comply With This Court's Prior Order and F.R.C.P. 26, doc #[129], filed 6/28/2011.

Mr. Sinor presents arguments.

Ms. Cameron presents arguments.

Water Pik's Motion to Strike the Expert Report and Exclude the Testimony of Med-Systems' Damages Expert, Michael R. Bandemer, For Failure to Comply With This Court's Prior Order and F.R.C.P. 26, doc #[129] is taken under advisement.

**ORDERED:** The Unopposed Motion for Leave for Plaintiff to File Exhibit 18, Exhibit 21, and Exhibit 22 to Water Pik, Inc.'s Reply to Med-Systems, Inc's Opposition to Water Pik, Inc's Motion for Summary Judgment Under Seal, doc #[123] is **GRANTED**.

**ORDERED:** Water Pik's Unopposed Motion to Seal Exhibits 2, 7, and 8 to Its Motion to Strike, doc #[135] is **GRANTED.**

**ORDERED:** The Unopposed Motion for Court Order to Maintain Under Seal Additional Portions of Exhibit 7, Rebuttal Report of Mark Pedigo, to Water Pik, Inc.'s Motion to Strike the Expert Report and Exclude the Testimony of Med-Systems' Damages Expert, Michael R. Bandemer, as Identified by Med-Systems, Inc. Herein, doc #[138] is **GRANTED**.

**ORDERED:** Water Pik's Unopposed Motion to Seal Med-Systems Response to Motion to Strike and Exhibits 3, 4, 7, and 8 Thereto, doc #[144] is **GRANTED**.

Discussion regarding settlement.

HEARING CONCLUDED.

**Court in recess**:   2:59 p.m.
Total time in court:   01:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.