IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-01221-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 27, 2011 | Courtroom Deputy: Nick Richards |

| *Parties:* | *Counsel:* |
|---|---|
| WATER PIK, INC., | Scott Pringle Sinor |
| | Lee Frederick Johnston |
| Plaintiff/Counter Defendant, | |
| v. | |
| MED-SYSTEMS, INC., | Heather Cameron |
| Defendant/Counter Claimant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session: 1:28 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding Water Pik's Motion to Strike the Expert Report and Exclude the Testimony of Med-Systems' Damages Expert, Michael R. Bandemer, for Failure to Comply with this Court's Prior Order and F.R.C.P. 26, Doc # [129], filed June 28, 2011, Water Pik's Unopposed Motion to Seal Exhibits 10 and 11 of its Reply in Support of its Motion to Strike, Doc # [151], filed August 22, 2011, and Water Pik's Unopposed Motion to Seal Portions of its Reply in Support of its Motion to Strike, Doc # [153], filed August 22, 2011.

*For reasons as stated on the record, it is:*

**ORDERED**:  Water Pik's Motion to Strike [129], Motion to Seal [151], and Motion to Seal [153] are **GRANTED**. Water Pik's Motion to Strike as to their request for costs and fees is **DENIED**.

HEARING CONCLUDED.

**Court in recess**: **2:04 p.m.**
Total time in court:     00:36

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.